228

779 A.2d 1151

Cynthia L. KRIEBEL, now Cynthia L. Lundeen, Respondent,

v.

Gary A. KRIEBEL, Petitioner.

Supreme Court of Pennsylvania.

Sept. 7, 2001.

*O R D E R*

PER CURIAM:

**AND NOW,** this 7th day of September, 2001, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question of whether the Parental Kidnapping Prevention Act (28 U.S.C. § 1738A) is the controlling authority in determining whether Pennsylvania has continuing jurisdiction over a custody matter, where Pennsylvania courts had initial jurisdiction, but the custodial parent has moved the children to another state and the non-custodial parent remains in Pennsylvania.